```
LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
CHRISTOPHER L. MARCHAND, ESQ.
Nevada State Bar No. 11197
530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89101
(702) 386-0536; FAX (702) 386-6812
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DR. FRANCIS JONES,

    Plaintiff,

vs.

STATE OF NEVADA *ex rel* BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE; DOES 1-10, and ROE CORPORATIONS 1-10, inclusively

    Defendant,
_____/

Case No.: 2:14-cv-01930

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER AND AMEND ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND (3) GRANTING DEFENDANT'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE.**

    IT IS STIPULATED AND AGREED by and between counsel for the Plaintiffs Christopher L. Marchand, Esq. of the Law Office of Daniel Marks and counsel for the Defendant Debra L. Pieruschka, Esq. that the time to file Plaintiffs' Reply in Support of Plaintiff's Motion to Alter and Amend Order (1) Denying Plaintiff's Motion for Summary Judgment, (2) Granting Defendants'

Motion for Summary Judgment and (3) Granting Defendant's Motion to Extend the Dispositive Motion Deadline be extended for a period of seven (7) days, from October 17, 2016 to October 24, 2016. Good cause exists for the following reasons: (1) Plaintiff is Replying to a detailed Motion and Oppsition which has taken longer than normal to draft; (2) Plaintiff is currently out of state and would like additional time to meaningfully contribute to the drafting of the Reply.

DATED this 17th day of October, 2016.

| LAW OFFICE OF DANIEL MARKS | UNIVERSITY OF NEVADA, LAS VEGAS |
|---|---|
| /s/ Christopher L. Marchand, Esq.<br>DANIEL MARKS, ESQ.<br>Nevada State Bar No. 002003<br>ADAM LEVINE, ESQ.<br>Nevada State Bar No. 004673<br>CHRISTOPHER L. MARCHAND, ESQ.<br>Nevada State Bar No. 11197<br>530 S. Las Vegas Boulevard, Suite 300<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | /s/ Debra L. Pieruschka<br>DEBRA L. PIERUSCHKA, ESQ.<br>Nevada State Bar No. 10185<br>4505 S. Maryland Parkway Box 451085<br>Las Vegas, Nevada 89154<br>Attorney for Defendant |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the time to file Plaintiffs' Reply in Support of Plaintiff's Motion to Alter and Amend Order (1) Denying Plaintiff's Motion for Summary Judgment, (2) Granting Defendants' Motion for Summary Judgment and (3) Granting Defendant's Motion to Extend the Dispositive Motion Deadline be extended for a period of seven (7) days, from October 17, 2016 to October 24, 2016.

DATED this 18th day of October, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I am an employee of the LAW OFFICE OF DANIEL MARKS, and that on the 17th day of October, 2016 I did serve by way of the Court's e-file system the above **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER AND AMEND ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND (3) GRANTING DEFENDANT'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE.**, as follows:

DEBRA L. PIERUSCHKA, ESQ.
Nevada State Bar No. 10185
4505 S. Maryland Parkway Box 451085
Las Vegas, Nevada 89154
Attorney for Defendant

                                             /s/ Christopher L. Marchand
                                             An employee of the
                                             LAW OFFICE OF DANIEL MARKS