ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No.  10185
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
elda.sidhu@unlv.edu
debra.pieruschka@unlv.edu
lynda.king@unlv.edu
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DR. FRANCIS JONES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, SCHOOL OF DENTAL MEDICINE; DOES 1-10, and ROE CORPORATIONS 1-10, inclusively,<br><br>　　　　　　Defendants. | CASE NO.: 2:14-CV-01930-APG-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |

　　　　Debra L. Pieruschka, Esq., hereby files this Motion to Remove Counsel from Electronic Service List and Request for Discontinuation of Notice.

　　　　Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, represented Defendant the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas School of Dental Medicine ("**SDM**" or "**Defendant**") in this matter. It is no longer necessary that Debra L.

X:\Groups\General Counsel\Jones, Francis\Litigation - FMLA (closed)\Pleadings\Drafts\2017-02-15 Request DLP Removal from ECF List.docx

1

1  Pieruschka, Esq., receive electronic notice in this matter. Elda M. Sidhu, General Counsel, and
2  Lynda P. King, Assistant General Counsel, continue to represent the Defendant and should
3  continue to receive notice and remain on the electronic notice list.
4      Therefore, Debra L. Pieruschka, Esq., requests discontinuation of notice in these
5  proceedings and that she be removed from the electronic service list in this matter.
6      DATED: <u>FEBRUARY 22, 2016</u>.

/S/   DEBRA L. PIERUSCHKA
ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IT IS SO ORDERED

Dated: February 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge